| PROB 22 (Rev. 02/88) | 08CR 322 | APR 1 6 2008 | DOCKET NUMBER (Tran. Court) 98-CR-81-C-01 |
|---|---|---|---|
| | TRANSFER OF JURISDICTION | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | DOCKET NUMBER (Rec. Court) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Nathaniel Smith | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Barbara B. Crabb | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/15/07 | TO 10/14/12 |



| OFFENSE |
|---|
| Distribution of a Schedule II Controlled Substance, Cocaine Base |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_March 13, 2008_                     _Barbara B. Crabb_
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern District of Illinois__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

APR 1 5 2008                     _James F. Holderman_
Effective Date                    United States District Judge